**Motion Granted; Order filed February 13, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00043-CV

_____

**TEXAS WATER DEVELOPMENT BOARD AND THE SAN JACINTO RIVER AUTHORITY, Appellants**

**V.**

**REBA OGLETREE, ET AL., Appellees**

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-65309**

## ORDER

This is an appeal from two orders signed January 22, 2018. On January 25, 2018, one of the appellants, Texas Water Development Board filed a motion to voluntarily dismiss its appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Appellant Texas Water Development Board is ordered dismissed from the appeal. San Jacinto River Authority remains an appellant and the appeal will proceed as *The San Jacinto River Authority v. Reba Ogletree, et al.*

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Jamison.